PROB 12C
(6/16)

Report Date: September 5, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2025

SEAN F. McAVOY, CLERK

ECF No 5

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Kyle Reed     Case Number: 0980 2:24CR00096-TOR-1

Address of Offender: ███████████████████, Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 28, 2022

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 10, 2024 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: February 9, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On May 10, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 14, by ingesting a controlled substance, fentanyl, on or about August 18, 2025.<br><br>During the offender's intake at the Spokane Regional Stabilization Center for detox services, he informed staff that he used fentanyl on or about August 18, 2025. |
| 2 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Reed, Robert Kyle**
**September 5, 2025**
**Page 2**

|  |  |
|---|---|
|  | **Supporting Evidence**: The offender is alleged to have violated special condition number 14, by ingesting a controlled substance, fentanyl, on or about August 21, 2025. |
|  | **Supporting Evidence:** During a telephone conversation with the offender on September 5, 2025, he admitted to the probation officer that he used fentanyl on or about August 21, 2025. This was the same day he was discharged from detox services. |
| 3 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision. |
|  | **Supporting Evidence:** The offender is alleged to have violated special condition number 13, by failing to contact the probation officer on September 3, 2025, as instructed. |
|  | On September 3, 2025, this officer attempted to contact the offender as he had not communicated with the probation officer since his discharge from detox services on August 21, 2025. He did not answer the telephone call, so this officer left him a voicemail message instructing him to contact the probation officer on that same date by 4 p.m. |
|  | Mr. Reed failed to contact the probation officer as instructed. |
| 4 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision. |
|  | **Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to attend a scheduled substance abuse assessment on September 5, 2025, as instructed by the probation officer. |
|  | On September 3, 2025, this officer left a voicemail message for the offender instructing him to participate in a substance abuse assessment at Pioneer Human Services (PHS) on September 5, 2025, at 9 a.m. |
|  | Mr. Reed failed to attend the aforementioned evaluation. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 5, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer


Prob12C
**Re: Reed, Robert Kyle**
**September 5, 2025**
**Page 3**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Thomas O. Rice_
Signature of Judicial Officer

September 8, 2025
Date