PROB 12C
(6/16)

Report Date: September 23, 2025

# United States District Court

### for the

### Eastern District of Washington

*Revised* Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2025

SEAN F. McAVOY, CLERK

Name of Offender: Robert Kyle Reed         Case Number: 0980 2:24CR00096-TOR-1

Address of Offender: ███████████████████  Spokane, Washington

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice

Date of Original Sentence: June 28, 2022

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: | Prison - 24 months       Type of Supervision: Supervised Release<br>TSR - 36 months |
| Revocation Sentence:<br>(April 17, 2024) | Prison - 3 months<br>TSR - 33 months |
| Asst. U.S. Attorney: | Earl Allan Hicks       Date Supervision Commenced: May 10, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr.       Date Supervision Expires: February 9, 2027 |

## PETITIONING THE COURT

**Please Note:** This revised petition is to replace the petition filed on September 5, 2025, for the purpose of correcting inaccurate information contained in the original filing. Specifically, the conditions he is alleged to have violated in violations number 1 and 2, has been updated.

On May 10, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

  1     **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        **Supporting Evidence**:  The offender is alleged to have violated special condition number 14, by ingesting a controlled substance, fentanyl, on or about August 18, 2025.

        During the offender's intake at the Spokane Regional Stabilization Center for detox services, he informed staff that he used fentanyl on or about August 18, 2025.

Prob12C
**Re: Reed, Robert Kyle**
**September 23, 2025**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 14, by ingesting a controlled substance, fentanyl, on or about August 21, 2025.

During a telephone conversation with the offender on September 5, 2025, he admitted to the probation officer that he used fentanyl on or about August 21, 2025. This was the same day he was discharged from detox services.

3   **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated special condition number 13, by failing to contact the probation officer on September 3, 2025, as instructed.

On September 3, 2025, this officer attempted to contact the offender as he had not communicated with the probation officer since his discharge from detox services on August 21, 2025. He did not answer the telephone call, so this officer left him a voicemail message instructing him to contact the probation officer on that same date by 4 p.m.

Mr. Reed failed to contact the probation officer as instructed.

4   **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to attend a scheduled substance abuse assessment on September 5, 2025, as instructed by the probation officer.

On September 3, 2025, this officer left a voicemail message for the offender instructing him to participate in a substance abuse assessment at Pioneer Human Services (PHS) on September 5, 2025, at 9 a.m.

Mr. Reed failed to attend the aforementioned evaluation.

The U.S. Probation Office respectfully recommends that this petition replace the petition filed on September 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 23, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Reed, Robert Kyle**
**September 23, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other: **this petition replaces the petition filed on September 5, 2025**.

*/s/ Thomas O. Rice*
Signature of Judicial Officer

September 24, 2025
Date