PROB 12C
(6/16)

Report Date: September 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 24, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Kyle Reed | Case Number: 0980 2:24CR00096-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Spokane, Washington 99260 |

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 28, 2022

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 17, 2024) | Prison - 3 months<br>TSR - 33 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| | Date Supervision Commenced: May 10, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. |
| | Date Supervision Expires: February 9, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on September 5, 2025.

On May 10, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3:**: You must refrain from the use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by ingesting controlled substances, fentanyl, cocaine and methadone, on or about September 8, 2025.<br><br>On September 8, 2025, the offender submitted a urine specimen at the U.S. Probation Office that was presumptive positive for fentanyl, cocaine, methadone, MDMA, and buprenorphine. At that time, Mr. Reed signed an admission form acknowledging use of fentanyl and |

Prob12C
**Re: Reed, Robert Kyle**
**September 24, 2025**
Page 2

methadone, but he denied use of the other substances. It should be noted, he informed the probation officer that he had a valid prescription for methadone; however, this has not been verified.

The urine specimen was thereafter sent to the national laboratory and it was confirmed positive for cocaine and fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 24, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 24, 2025
Date